STATE OF NORTH CAROLINA v. TIMOTHY JOHN LONG

No. 556PA13

(Filed 19 December 2014)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 753 S.E.2d 398 (2013), finding no prejudicial error in a judgment entered on 19 September 2012 by Judge R. Allen Baddour in Superior Court, Mecklenburg County. Heard in the Supreme Court on 10 September 2014.

*Roy Cooper, Attorney General, by Angenette Stephenson, Assistant Attorney General, for the State.*

*Office of the Public Defender, by Julie Ramseur Lewis, Assistant Public Defender, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.